```
LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
Jarrett J. Haskovec
State Bar No. 023926
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
E-mail: nicholas.enoch@azbar.org
```

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Pablo Rodriguez Juvera, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Victor Salcido, *et al.*, <br><br> Defendants. | No. CV 11-02119-PHX-JAT <br><br> **PLAINTIFFS' NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** in accordance with LRCiv 40.2(d) that Plaintiffs Jose Pablo Rodriguez Juvera, *et al.* ("Plaintiffs") have settled their dispute with Defendants Victor Salcido, *et al.* ("Defendants").

Given the nature of the collective/class relief sought by the Plaintiffs in their complaint, the Court - presumably Magistrate Judge Lawrence O. Anderson[1] - can still expect to receive from the Plaintiffs the motion referenced in Doc. ##27, p. 1 & 40 on or before Monday, February 25, 2013. After that happens, the Plaintiffs expect that the parties will soon be filing a joint motion to approve their

---
[1] *See* Doc. #35.

settlement agreement and seek dismissal of this lawsuit with prejudice. Ostensibly, this is the same procedure used by this Court in *Lopez v. Ariz. Pub. Serv. Co.*, 2010 U.S. Dist. LEXIS 34086 (D. Ariz. Jan. 26, 2010) and by the U.S. District Court for the Eastern District of California in its 2010 decision in *Murillo v. Pac. Gas & Elec. Co.*, 266 F.R.D. 468.

The long and the short of it is that even though the parties have reached a settlement, there remains a considerable amount of work that still needs to be done in order to formally conclude this matter.

RESPECTFULLY SUBMITTED this 8th day of February 2013.

LUBIN & ENOCH, P.C.

/s/Nicholas J. Enoch
Nicholas J. Enoch, Esq.
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February 2013, I electronically transmitted the attached Notice to the U.S. District Court Clerk's office using the CM/ECF System for filing. I further certify that, on this same date, I caused to be hand-delivered the same Notice to the following recipients:

Honorable James A. Teilborg
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 523
401 West Washington Street, SPC 51
Phoenix, Arizona  85003-2154

Honorable Lawrence O. Anderson
United States Magistrate Judge for the District of Arizona
Sandra Day O'Connor U.S. Courthouse, Ste. 322
401 West Washington Street, SPC 11
Phoenix, Arizona 85003


/s/Tiffany Mitchell

F:\Law Offices\client directory\UFCW99\014\Pleadings\2013 02 08- UFCW99-014- Notice of Settlement.wpd