# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Pablo Rodriguez Juvera; Kenia V. Nunez; Ricardo Aguiar Romero; Yesenia Vazquez DeLabra; and a class of others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>Victor M. And Carmen Salcido and Factor Sales Incorporated,<br><br>         Defendants. | **STIPULATED JUDGMENT IN A CIVIL CASE**<br><br>CV-11-2119-PHX-LOA |

   Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for the Plaintiffs and against Defendants Victor M. And Carmen Salcido and Factor Sales Incorporated consistent with the parties' Settlement Agreement.

   JUDGMENT ENTERED this 17th day of December, 2013.

BRIAN D. KARTH
District Court Executive/Clerk

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)