LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
Jarrett J. Haskovec
State Bar No. 023926
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nicholas.enoch@azbar.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Pablo Rodriguez Juvera, *et al.*; and a class of others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>Victor Salcido, *et al.*,<br><br>　　　Defendants. | No. CV 11-02119-PHX-JAT<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF BILL OF COSTS** |

**TO: THE CLERK OF THE COURT AND DEFENDANTS VICTOR SALCIDO, *ET AL.***

Plaintiffs José Pablo Rodriguez Juvera, *et al.*, by and through undersigned counsel, hereby withdraw their pending Bill of Costs (Doc. 75). *See, e.g., United Coin Meter Co. v. Seaboard C. Railroad*, 705 F.2d 839, 843 (6th Cir. 1983) ("If a written motion is to be withdrawn it should be done with the same formality required for making the motion in the first place.").

RESPECTFULLY SUBMITTED this 10th day of January, 2014.

　　　　　　　　　　　　　　　　　LUBIN & ENOCH, P.C.


　　　　　　　　　　　　　　　　　/s/ Nicholas J. Enoch
　　　　　　　　　　　　　　　　　Nicholas J. Enoch, Esq.
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

///

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2014, I electronically transmitted the attached Notice to the U.S. District Court Clerk's office using the CM/ECF System for filing.


/s/ Cristina Sanidad

<sub>F:\Law Offices\client directory\UFCW99\014\Pleadings\2014-1-10 (1054-014) Notice of Withdrawal of Bill of Costs.wpd</sub>

2